*Mark K. Branse* and *Timothy D. Bates*, in opposition.

Decided September 14, 2000

IAN FENTON *v.* CONNECTICUT HOSPITAL
ASSOCIATION WORKERS' COMPENSATION
TRUST ET AL.

*Charles D. Ray*, in support of the petition.

*Andrew A. Cohen*, in opposition.

Decided September 14, 2000

N. EDWIN ANTIGNANI, ADMINISTRATOR (ESTATE
OF NANCY ANTIGNANI) *v.* BRITT AIRWAYS, INC.

*Joel T. Faxon* and *Carey B. Reilly*, in support of
the petition.

*Beverly S. Knapp*, in opposition.

Decided September 14, 2000

IN RE MICHAEL D. ET AL.

*Robert D. Zaslow*, in support of the petition.

*Gregory T. D'Auria*, assistant attorney general, in opposition.

Decided September 14, 2000

## HERBERT PRIOLEAU *v.* COMMISSIONER OF CORRECTION

KATZ and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Alan E. Dillon*, special public defender, in support of the petition.

*Carolyn K. Longstreth*, assistant state's attorney, in opposition.

Decided September 14, 2000

## EMIGRANT SAVINGS BANK *v.* VINH CAM ET AL.

SULLIVAN and VERTEFEUILLE, Js., did not participate in the consideration or decision of this petition.

*Vinh Cam*, pro se, and *Joseph Phung*, pro se, in support of the petition.

*Vincent M. Marino*, in opposition.

Decided September 14, 2000